F I L E D
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) John D Nelson )

v.

Defendant(s) Comcast

08CV697
JUDGE COAR
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _John D. Nelson_, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]: I went to the Legal Assistance Foundation of Chicago, 111 W. Jackson Blvd, 3rd floor 1/29/08 and was told the earliest date I may or may not be helped would be February 7, 2008. I have not been consistently gainfully employed from August 2007 through January 2008.

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_John D. Nelson_            _9110 S. Paxton Avenue_
Movant's Signature          Street Address

_01-30-2008_                _Chicago, IL 60617_
Date                        City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |