KC **FILED**
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** John D Nelson
(Please print)

**STREET ADDRESS:** 9110 South Paxton Avenue

**CITY/STATE/ZIP:** Chicago, IL 60617

**PHONE NUMBER:** 773.723.6486

**CASE NUMBER:** 08CV697
JUDGE COAR
MAGISTRATE JUDGE NOLAN

Signature: John D Nelson

Date: 01-30-2008