**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John D. Nelson, et al.
                               Plaintiff,

v.                                                      Case No.: 1:08−cv−00697
                                                             Honorable David H. Coar

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge David H. Coar :Motion for leave to proceed in forma pauperis [3] and Motion to appoint counsel [4] are set for a status hearing on 2/28/2008 at 9:00 a.m. in Courtroom # 1418, 219 South Dearborn Street, Everett McKinley Dirksen Courthouse, Chicago, Illinois. Motion Hearing set for 2/28/2008 at 09:00 AM.Status hearing set for 2/28/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.