# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 697 | **DATE** | 2/28/2008 |
| **CASE TITLE** | John D. Nelson vs. Comcast | | |

**DOCKET ENTRY TEXT**

Status hearing & Motion hearing held on 2/28/2008. The defendant's Motion [3] for leave to proceed in forma pauperis is granted. Motion [4] for appointment of counsel is Granted. Status hearing continued to 4/2/2008 at 9:00 a.m. Separate order to follow appointing counsel.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:08-cv-00697　Document 8　Filed 02/28/2008　Page 1 of 1

08C697 John D. Nelson vs. Comcast　　Page 1 of 1