# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 697 | **DATE** | 3/4/2008 |
| **CASE TITLE** | John D Nelson, et al vs. Comcast | | |

**DOCKET ENTRY TEXT**

The following attorney is appointed to represent the plaintiff of John D. Nelson.    Kevin David Kelly
Lord Bissell & Brook LLP, 111 S. Wacker Drive, Suite 4300, Chicago, IL  60606, 312 443 0217, kkelly@lordbissell.com.
The Clerk's Office shall send copies of the Complaint and this order to Mr. Kelly.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|