UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN D. NELSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08 C 697 ) |
| COMCAST, | ) Judge David H. Coar ) Magistrate Judge Nolan |
|     Defendant. | ) ) |

## MOTION FOR RELIEF FROM APPOINTMENT AS COUNSEL FOR PLAINTIFF

Attorney Kevin D. Kelly, appointed attorney for Plaintiff John D. Nelson, hereby respectfully moves this Court for relief from the appointment as counsel for Plaintiff on the following grounds:

1. On January 31, 2008, Plaintiff John D. Nelson filed a *pro se* complaint against Comcast alleging, among other things, that Comcast discriminated against him on the basis of his disability and sex.

2. Subsequently, Plaintiff moved for appointment of counsel to assist in the prosecution of his case. This Court granted Plaintiff's motion by minute order dated February 28, 2008.

3. Attorney Kevin D. Kelly ("Kelly"), a partner with the law firm of Locke Lord Bissell & Liddell ("Locke Lord") and member of this Court's trial bar, received notice on March 4, 2008 that he had been appointed as counsel for Plaintiff.

4. Upon receiving the Court's order of appointment, Mr. Kelly proceeded to run a conflict check with Locke Lord's client database. The conflict check revealed that Locke Lord represents Comcast in a number of ongoing matters.

5.      Northern District Of Illinois Local Rule 83.51.7(A) and Illinois Rule of Professional Conduct 1.7(a) state that "[a] lawyer shall not represent a client if the representation of that client will be directly adverse to another client."

6.      Due to the conflict, and to avoid violating Northern District of Illinois Local Rule 83.51.7(A) and Illinois Rule of Professional Conduct Rule 1.7(a), Mr. Kelly respectfully requests that his Court appoint new counsel for Plaintiff and relieve Mr. Kelly of his appointment in this matter.

 

Respectfully submitted,

KEVIN D. KELLY

By:      /s/ Kevin D. Kelly

Kevin D. Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Suite 4300
Chicago, Illinois  60606
312/443-0700

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2008, I electronically filed the foregoing MOTION FOR RELIEF FROM APPOINTMENT AS COUNSEL FOR PLAINTIFF with the Clerk of the Court using the CM/ECF system and served a copy of same via UPS Next Day Air, by depositing same with the United Parcel Service at 111 South Wacker Drive, Chicago, Illinois, proper postage attached, before the hours of 5:00 a.m. on March 7, 2008, addressed as follows:

    John D. Nelson
    9110 S. Paxton Ave.
    Chicago, IL  60617


    /s/Kevin D. Kelly