UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN D. NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 697 |
| | ) |
| COMCAST, | ) Judge David H. Coar |
| | ) Magistrate Judge Nolan |
| Defendant. | ) |

TO:   John D. Nelson
      9110 S. Paxton Avenue
      Chicago, IL 60617

## NOTICE OF MOTION

Please take notice that on Monday, March 17, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, Kevin D. Kelly shall appear before the Honorable Judge David H. Coar or whoever may be sitting in his stead, in the courtroom usually occupied by him, at the United States District Courthouse, 219 South Dearborn Street, Room 1419, Chicago, Illinois, and shall then and there present his Motion For Relief From Appointment As Counsel For Plaintiff, a copy of which is filed herewith.

Date:   March 7, 2008

                                            Respectfully submitted,

                                            KEVIN D. KELLY


                                            By:      /s/ Kevin D. Kelly

Kevin D. Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
312/443-0700

CHI1 1467467v.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2008, I electronically filed the foregoing NOTICE OF MOTION for Relief from Appointment as Counsel for Plaintiff with the Clerk of the Court using the CM/ECF system and served a copy of same via UPS Next Day Air, by depositing same with the United Parcel Service at 111 South Wacker Drive, Chicago, Illinois, proper postage attached, before the hours of 5:00 a.m. on March 7, 2008, addressed as follows:

      John D. Nelson
      9110 S. Paxton Ave.
      Chicago, IL  60617

      /s/Kevin D. Kelly

CHI1 1467467v.1