# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 697 | **DATE** | 3/14/2008 |
| **CASE TITLE** | Nelson vs. Comcase | | |

**DOCKET ENTRY TEXT**

Motion  Kevin D. Kelly  [10] for relief from Appointment as Counsel for plaintiff is granted . Leave granted Kelly to  to withdraw as attorney for plaintiff.  Enter Order.  Status date of 4/2/2008 is stricken and no one should appear on 4/2/2008.  Status hearing reset to 5/6/2008 at 9:00 a.m.  Parties need not appear on the noticed motion date of 3/17/2008.
/s/David H. Coar
David H. Coar, U.S. District Judge

■ [ For further detail see separate order(s).]                                      Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|