# United States District Court
# Northern District of Illinois

In the Matter of

John D. Nelson

      v.

Comcast

Case No. 08 C 697

Designated Magistrate Judge
Martin C. Ashman

## ORDER GRANTING RELIEF FROM
## PRO BONO APPOINTMENT

   The request of **Kevin David Kelly** for relief from appointment as counsel for **John D. Nelson** in accordance with Local Rule 83.38A of this Court is granted. In addition, counsel's name shall be returned to the current pro bono panel for possible appointment in another case during the current panel year.

   /s/David H. Coar
   Judge David H. Coar

Dated: March 14, 2008