# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 697 | **DATE** | 3/17/2008 |
| **CASE TITLE** | John Nelson vs. Comcast | | |

**DOCKET ENTRY TEXT**

The following attorney is appointed to represent the plaintiff, John D. Nelson;  Camille Cribaro-Mello; Robbins Schwartz Nicholas Lifton & Taylor Ltd.; 20 N. Clark St., Suite 900; Chicago, IL  60602; 312 332 7760.  The Clerk's Office is directed to send a copy of the complaint and docket  along with this order to Ms. Cribaro-Mello.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|