UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN D. NELSON,       )<br>                      )<br>     Plaintiff,      )<br>                      )     CASE NO. 08 C 697<br>v.                    )<br>                      )     Judge David H. Coar<br>COMCAST,              )     Magistrate Judge Nolan<br>                      )<br>     Defendant.       ) | |

### REPORT OF PARTIES' PLANNING CONFERENCE

The parties, by and through their respective counsel submit this Report of the Parties' Planning Conference for consideration by the Court:

Pursuant to this Court's Order of July 8, 2008, Camille Cribaro-Mello, representing the Plaintiff, and Nesheba Kittling, representing the defendant, met on August 11, 2008 pursuant to Rule 26(f) to discuss:

1) The nature and basis of their claims and defenses;
2) The possibilities for a prompt settlement or resolution of this case;
3) To make or arrange for the disclosures required under Rule 26(a)(1); and
4) To develop a discovery plan.

To that end, the parties propose the following:

  A. The issues in this case may be simplified by taking the following steps:

  - No additional steps are necessary. Please see Proposed Scheduling Order, filed contemporaneously herewith.

  B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

C. No modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules are necessary.

D. Discovery will be needed on the following subjects:
   1. The Defendant's employment practices related to discipline and discharge.
   2. The Defendant's policies and practices related to attendance and tardiness.
   3. The Plaintiff's performance and attendance history.
   4. The events leading to Plaintiff's termination.
   5. Plaintiff's allegations of discrimination.
   6. Damages.

E. Discovery should/should not be conducted in phases.
   - Please see Proposed Scheduling Order filed contemporaneously herewith.

F. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes ____ No __X__.

G. The parties do not consent to this matter being referred to the magistrate Judge for final disposition.

H. The parties have discussed the possibility of alternative dispute resolution. The parties are not opposed to alternative dispute resolution. However, the parties would like to engage in additional investigation of the allegations in the Complaint and conduct initial discovery before engaging in alternative dispute resolution.

I. The parties have discussed a prompt settlement or other resolution of this matter. While both parties are interested in promptly resolving this matter, the Plaintiff has not made a written demand and the defendant not made a settlement offer.

J. The Court should consider the following methods of expediting the resolution of this matter:

- The parties' may request a settlement conference after initial written discovery is exchanged.

Respectfully submitted,

/s/ Camille Cribaro-Mello
Attorney for Plaintiff

/s/ Nesheba Kittling
Attorney for Defendant