UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 08 C 697 |
| v. | ) | |
| | ) | Judge David H. Coar |
| COMCAST, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

The parties, by and through their respective counsel submit this Proposed Scheduling Order for consideration by the Court:

1. **Discovery**

The following time limits and deadlines shall be applicable.

   A.   All disclosures required by Rule 26(a)(1) shall be made on or before August 29, 2008.

   B.   Any amendments to pleadings or actions to join other parties shall be filed on or before September 30, 2008.

   C.   The cutoff of fact discovery is March 9, 2009.

   D.   The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before May 8, 2009.

   E.   The parties may depose the other side's expert at any time prior to June 22, 2009.

   F.   The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to July 10, 2009.

   G.   The parties shall have until August 7, 2009 to depose the opposing party's rebuttal expert.

2. **Motions**

Any dispositive motions to be filed on or before April 17, 2009.

3. **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before July 24, 2009.

The final pretrial conference will be held on _____ at _____

4. **Trial**

Trial is set in this matter on _____ at 10:00 a.m.

5. **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

Respectfully submitted,

/s/ Camille Cribaro-Mello
Attorney for Plaintiff

/s/ Nesheba Kittling
Attorney for Defendant

_____
Judge Coar – U.S. District Judge


Dated:_____