UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN D. NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST,<br><br>    Defendant. | )<br>)<br>)<br>)  CASE NO. 08 C 697<br>)<br>)<br>)  Judge David H. Coar<br>)  Magistrate Judge Nolan<br>)<br>) |

### NOTICE OF FILING

TO:   Craig R. Annunziata
        Nesheba M. Kittling
        Fisher & Phillips LLP
        140 S. Dearborn Street, Suite 1000
        Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 20th day of August, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, the Report of Parties' Planning Conference and Proposed Scheduling Order, served herewith.

                              **JOHN D. NELSON**

                              By: s/ Camille Cribaro-Mello
                                  Camille Cribaro-Mello, One of
                                  Attorneys for Plaintiff

Camille Cribaro-Mello, Atty No. 6269578
ROBBINS, SCHWARTZ, NICHOLAS,
  LIFTON & TAYLOR, Ltd.
20 N. Clark Street, Suite 900
Chicago, Illinois 60602
Tel: (312) 332-7760
Fax: (312) 332-7768

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2008, I presented the foregoing Notice and pleading(s) to the Clerk of the Court for filing and uploading to the ECF system, whereby I served the foregoing upon counsel listed above.

s/ Camille Cribaro-Mello
Camille Cribaro-Mello